Appeal No.  2020AP1347-CR

Cir. Ct. No.  2015CF5051

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT I

STATE OF WISCONSIN,

PLAINTIFF-RESPONDENT,

v.

STEVEN TYRONE BRATCHETT,

DEFENDANT-APPELLANT.

FILED

November 9, 2021

Sheila T. Reiff
Clerk of Court of Appeals

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI  53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin   53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI   54401

Christina Plum, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Hon. T. Christopher Dee
Milwaukee County
Electronic Notice

John Barrett
Clerk of Circuit Court
Milwaukee County
Electronic Notice

Christopher P. August
Electronic Notice

John D. Flynn
Electronic Notice

Anne Christenson Murphy
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to page twenty-nine in the above-captioned opinion which was released on November 9, 2021. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.